UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 1:98-cr-163-02

v.        Hon. Paul L. Maloney
        Chief United States District Judge

LUBERT MARLON BROCK,

        Defendant.
_____/

**ORDER FOR SUBSTITUTION OF COUNSEL**

This matter having come before the Court on a Stipulation for Substitution of Counsel submitted by attorneys Gaylor L. Cardinal and Sharon A. Turek, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that Sharon A. Turek be, and hereby is, substituted as attorney of record for Lubert Marlon Brock in the above-captioned matter.

IT IS SO ORDERED.

Dated: March 31, 2010        /s/ Paul L. Maloney
        HON. PAUL L. MALONEY
        Chief United States District Judge