UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,              Case No.: 1:98-cr-163-02

v.                                         Hon. Paul L. Maloney
                                           Chief United States District Judge

LUBERT MARLON BROCK,

              Defendant.
_____/

**ORDER FOR AMENDED SUBSTITUTION OF COUNSEL**

This matter having come before the Court on a Stipulation for Substitution of Counsel submitted by attorneys Gaylor L. Cardinal and Sharon A. Turek, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that Gaylor L. Cardinal be, and hereby is, substituted as attorney of record for Lubert Marlon Brock in the above-captioned matter.

IT IS SO ORDERED.

Dated: May 28, 2010                    /s/ Paul L. Maloney
                                          HON. PAUL L. MALONEY
                                          Chief United States District Judge